IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CYNTHIA DAWN ASKUE**                                                                          **PLAINTIFF**

V.                                  No. 3:23-CV-00088-JM-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                                   **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin and the filed objections. After carefully considering these documents and after a *de novo* review of the record in this case, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 6th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE