# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CYNTHIA DAWN ASKUE**                                                           **PLAINTIFF**

V.                            No. 3:23-CV-00088-JM-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner. This case is closed.

DATED this 6th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE